COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:     Carolyn Sovann v. Houston Housing Authority

Appellate case number:   01-15-00080-CV

Trial court case number:  1055785

Trial court:             County Civil Court at Law No 4. of Harris County

On February 5, 2015, appellant, Carolyn Sovann, filed a motion requesting that this Court temporarily stay execution of a writ of possession. The County Civil Court at Law No. 4 of Harris County signed the judgment against appellant in the underlying eviction suit on January 15, 2015. A supersedeas bond was not filed within 10 days of the signed judgment. Accordingly, appellant's motion for a temporary stay must be DENIED. *See* TEX. PROP. CODE ANN. § 24.007(a) (West 2014) ("A judgment of a county court in an eviction suit may not under any circumstances be stayed pending appeal unless, within 10 days of the signing of the judgment, the appellant files a supersedeas bond in an amount set by the county court.").

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
              ☒ Acting individually    ☐ Acting for the Court

Date:  February 13, 2015